# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| NORI COHAN, Derivatively on Behalf of CROWDSTRIKE HOLDINGS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| GEORGE KURTZ, BURT W. PODBERE, ROXANNE S. AUSTIN, CARY J. DAVIS, JOHANNA FLOWER, SAMEER K. GANDHI, DENIS J. O'LEARY, LAURA J. SCHUMACHER, GODFREY R. SULLIVAN, and GERHARD WATZINGER, | ) ) ) ) ) ) ) ) ) Case No. 1:25-cv-00443-JLH |
| Individual Defendants, | ) ) |
| -and- | ) ) |
| CROWDSTRIKE HOLDINGS, INC., a Delaware corporation, | ) ) ) |
| Nominal Defendant. | ) ) ) |

## PLAINTIFF'S NOTICE AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 23.1(c) and Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses her claims in the above-captioned action (the "Action"). No compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiff or counsel for Plaintiff, and no promise of any such compensation has been made. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 21, 2025

**BIELLI & KLAUDER, LLC**

*/s/ Ryan M. Ernst*
Ryan M. Ernst (#4788)
1204 N. King Street
Wilmington, DE 19801
(302) 830-4600
rernst@bk-legal.com

**LEVI & KORSINSKY, LLP**
Gregory M. Nespole
Daniel Tepper
Correy A. Suk
33 Whitehall Street, 17th Floor
New York, NY 10004
T. 212.363.7500
F. 212.363.7171
gnespole@zlk.com
dtepper@zlk.com
csuk@zlk.com

*Counsel for Plaintiff*

**IT IS SO ORDERED.**

SIGNED this 22nd day of  May , 2025.

_____
Hon. Jennifer L. Hall
United States District Judge

2